IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AF HOLDINGS, LLC., <br><br> Plaintiff, <br> v. <br><br> MAX HILMO, <br><br> Defendant. | Civil Action No.: 2:12-CV-0263-WCO <br><br><br> **NOTICE OF VOLUNTARY** <br> **DISMISSAL OF ACTION** <br> **WITH PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), the Defendant remaining in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

Respectfully Submitted,

AF Holdings, LLC

DATE: March 14, 2013

By: /s/ Jacques Nazaire
Jacques Nazaire, Esq. (Bar No. 142388)
125 Town Park Drive, Suite 300
Kennesaw, Georgia 30144
Telephone: (404) 923-0529
Facsimile: (678) 559-0798
Email: nazaire.jacques@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2013 all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's CM/ECF system, in compliance with Local Rule 5.1.

DATE: March 14, 2013

/s/ Jacques Nazaire

Jacques Nazaire, Esq. (Bar No. 142388)
125 Town Park Drive, Suite 300
Kennesaw, Georgia 30144
Telephone: (404) 923-0529
Facsimile: (678) 559-0798
Email: nazaire.jacques@gmail.com
*Attorney for Plaintiff*